1  ROBERT P. HAMILTON, ESQUIRE - State Bar #115744
   ZACHARY S. TOLSON, ESQUIRE - State Bar #242824
2  GOODMAN NEUMAN HAMILTON LLP
   417 Montgomery Street, 10th Floor
3  San Francisco, California  94104
   Telephone:  (415) 705-0400
4  Facsimile:   (415) 705-0411

5  Attorneys for Third Party Defendants
   DAVID SMITH AND TRANS BAY INSURANCE AGENCY, INC.

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10  ATAIN SPECIALTY                    | Case No. 3:15-cv-05379-WHO
    INSURANCE COMPANY, a                |
11  Michigan corporation,               | STIPULATION AND APPLICATION
                                        | TO AMEND SCHEDULING ORDER
12              Plaintiff,              | AND CASE DEADLINES
                                        |
13  vs.                                 | Complaint Filed:  November 25, 2015
                                        | Trial Date:          March 6, 2017
14  U.S. CATERING TRUCK
    MANUFACTURING, LLC, a
15  California limited liability company,
    and LUIS SOTO, an individual
16  doing business as U.S. CATERING
    PARTS,
17
                Defendants.
18

19  U.S. CATERING TRUCK
    MANUFACTURING, LLC, and
20  LUIS SOTO
                Third Party Plaintiffs,
21  vs.

22  DAVID SMITH and TRANS BAY
    INSURANCE AGENCY, INC.
23
                Third Party Defendants.
24

25  AND RELATED ACTIONS.

26

27  ///

28

-1-

STIPULATION AND APPLICATION TO AMEND
CASE SCHEDULING ORDER AND DEADLINES

1

## **STIPULATION AND APPLICATION**

2     Pursuant to Federal Rules of Civil Procedure 16(b)(4) and Local Rules 6-2,

3  7-12, and 16-2(d), the parties hereby stipulate to the following in submitting this

4  joint request to continue the trial and related dates:

5        1. The Complaint was filed November 25, 2015. On February 24, 2016 the

6           Court issued a Civil Pretrial (scheduling) Order. (See Pacer Doc. 20.)

7        2. Among other deadlines, the scheduling order set the trial date for March

8           6, 2017 and a deadline to add parties of May 13, 2016.

9        3. Per the Court's orders dated February 23, 2016 and April 11, 2016, the

10          Parties were ordered to participate in mediation before July 29, 2016.

11       4. All parties in this case have stipulated and do hereby request a short

12          continuance of all of the case deadlines, trial, and related dates.

13     In addition to the stipulation, good cause for the continuance exists because:

14       1. Third-Party Defendants DAVID SMITH and TRANS BAY

15          INSURANCE AGENCY, INC. were named as parties on the last day to

16          do so, May 13 ,2016 (see Pacer Doc. 23), and appeared in this case via

17          Answer on June 23, 2016 (see Pacer Doc. 34).  This leaves about four

18          months in which to conduct discovery, which the parties do not expect to

19          be sufficient time given the number of parties in the case, complexity of

20          issues, and needs of the case.  Additionally, the parties have not had

21          sufficient time to investigate this matter before the current mediation

22          deadline on July 29, 2016.

23       2. Trial is set for March 6, 2017 and a Pre-trial Conference is set for

24          February 6, 2017, however counsel for Third-Party Defendants DAVID

25          SMITH and TRANS BAY INSURANCE AGENCY, INC. already has a

26          multi-week trial set to begin on February 6, 2017 and another multi-week

27          trial set to begin on March 13, 2017, which dates conflict with the trial in

28          this case.

**Goodman Neuman**
**Hamilton LLP**
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-2-
STIPULATION AND APPLICATION TO AMEND
CASE SCHEDULING ORDER AND DEADLINES

3.  There have been no prior requests for continuance.

Accordingly, the parties hereby agree and request that the case schedule should be modified as follows:

| Event | Old Dates | New Dates |
|---|---|---|
| Deadline to amend/add parties | May 13, 2016 | N/A |
| Deadline to complete mediation | July 29, 2016 | September 30, 2016 |
| Fact discovery cutoff | November 2, 2016 | January 20, 2017 |
| Expert disclosures | November 2, 2016 | February 3, 2017 |
| Expert rebuttal | December 2, 2016 | February 17, 2017 |
| Expert discovery cutoff | January 2, 2017 | March 17, 2017 |
| Dispositive Motions heard by | November 30, 2016 | April 12, 2017 |
| Pre-trial Conference | February 6, 2017 | April 17, 2017 |
| Trial | March 6, 2017 | May 22, 2017 |

DATED:  July 15, 2016                    GOODMAN NEUMAN HAMILTON LLP

By: /s/ *Zachary S. Tolson*
　　ROBERT P. HAMILTON
　　ZACHARY S. TOLSON
　　Attorneys for Third Party Defendants
　　DAVID SMITH AND TRANS BAY
　　INSURANCE AGENCY, INC.

DATED:  July 15, 2016                    BOORNAZIAN, JENSEN & GARTHE

By: /s/ *Ian E. Anderson*
　　THOMAS E. MULVIHILL
　　TAMIKO A. DUNHAM
　　IAN E. ANDERSON
　　Attorneys for Plaintiff
　　ATAIN SPECIALTY INSURANCE
　　COMPANY

**Goodman Neuman Hamilton LLP**
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

-3-
STIPULATION AND APPLICATION TO AMEND
CASE SCHEDULING ORDER AND DEADLINES

1   DATED:  July 15, 2016            BURNHAM BROWN

2                                    By: /s/ *Alison F. Green*

3                                       GREGORY D. BROWN
                                        ALISON F GREENE
4                                       Attorneys for Defendants, Counter-
                                        Claimants, and Third-Party Plaintiffs
5                                       LUIS SOTO and U.S. CATERING
                                        TRUCK MANUFACTURING, LLC

6

7                    **CASE MANAGEMENT ORDER**

8          **As modified below**, the above Stipulated Amended Case Scheduling Order

9   is hereby ORDERED to be the schedule for this case and all parties shall comply

10  with its provisions:

11         Last day for dispositive hearing:  March 29, 2017

12         Pre-trial Conference:              May 22, 2017

13         Trial:                             June 19, 2017

14

15  DATED:  July 20, 2016            By: _____

16                                      JUDGE WILLIAM H. ORRICK
                                        DISTRICT COURT JUDGE

17

18

19

20

21

22

23

24

25

26

**Goodman Neuman
Hamilton LLP**
417 Montgomery Street
10th Floor
San Francisco, CA 94104
Tel.: (415) 705-0400

27

28

-4-

STIPULATION AND APPLICATION TO AMEND
CASE SCHEDULING ORDER AND DEADLINES